## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

Ronald Langston Richardson,

        Plaintiff,

                              Case No. 8:12-cv-0404 PJM

v.

EQUIFAX INFORMATION SERVICES, LLC.,

et al.,

        Defendants.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

    The Plaintiff, Ronald Langston Richardson and the Defendants, Equifax Information Services, LLC and Lexis Nexis Risk Data Retrieval Services, LLC. stipulate to the dismissal of the Plaintiff's action with prejudice. Each party to bear their own costs

                              Respectfully submitted,

                              /s/ Scott C. Borison_____
                              Scott C. Borison,
                              Bar No. 22576
                              *Counsel for Plaintiff*
                              Legg Law Firm, LLC.
                              5500 Buckeystown Pike
                              Frederick MD 21703
                              (301) 620-1016
                              E mail: Borison@legglaw.com

                              Luke Wallace
                              Humphreys Wallace Humphreys, P.C.
                              9202 South Toledo Avenue
                              Tulsa OK 74137
                              (918) 747-5300
                              Admitted Pro Hac Vice

### CERTIFICATE OF SERVICE

    I hereby certify that copy of the foregoing Motion for Leave to Amend was served on the Defendants' attorneys through the Court's CM/ECF system when it was filed with the court.

                              /s/_Scott C. Borison_____
                              Scott C. Borison